IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00147-CMA-KLM

MARC A. KURTZ,

    Plaintiff,

v.

STATE OF NEW JERSEY DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT DIVISION OF WORKERS COMPENSATION,
STATE OF NEW JERSEY OFFICE OF SPECIAL COMPENSATIONS FUNDS (SECOND INJURY FUND),
HAROLD WURTHS, New Jersey Department of Labor and Workforce Development Commissioner,
JEFFREY CHIESA, New Jersey Attorney General,
PETER CALDERONE, Director and Chief Judge, and
BRADLEY HENSON, SR., Supervising Judge,

    Defendants.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on a letter faxed to the Court by Plaintiff and filed as a motion by the Clerk's Office [Docket No. 6; Filed February 8, 2012] (the "Motion"). Plaintiff asks the Court for information regarding "reserving a space" at the Court's facility in Colorado Springs, for the purpose of facilitating Plaintiff and Defendants' Rule 26(f)(1) conference.

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**. The Rule 26(f)(1) conference is between the parties only, and is not a Court proceeding. It is up to Plaintiff and Defendants to determine where and when to conduct the Rule 26(f)(1) conference, which must be held at least 21 days before the Scheduling Conference set for April 2, 2012 [#3]. The Rule 26(f)(1) conference may be conducted by telephone.

    Although Plaintiff proceeds *pro se* in this matter, Plaintiff is reminded that he must comply with the same procedural rules that govern all litigants. [#7]. Any request for relief submitted to the Court must be filed in the form of a motion, not a letter, and must comply with the applicable Federal Rules of Civil Procedure and Local Rules of Practice, which are both available on the Court's website:
        http://www.cod.uscourts.gov/RepresentingYourself.aspx

    Dated:  February 10, 2012