IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00147-CMA-KLM

MARC A. KURTZ,

    Plaintiff,

v.

STATE OF NEW JERSEY DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT DIVISION OF WORKERS COMPENSATION,
STATE OF NEW JERSEY OFFICE OF SPECIAL COMPENSATIONS FUNDS (SECOND INJURY FUND),
HAROLD WURTHS, New Jersey Department of Labor and Workforce Development Commissioner,
JEFFREY CHIESA, New Jersey Attorney General,
PETER CALDERONE, Director and Chief Judge, and
BRADLEY HENSON, SR., Supervising Judge,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's "Response to Request Alternative Dispute Resolution"** [Docket No. 22; Filed March 9, 2012], filed by the Clerk's Office as a Motion. As an initial matter, the Motion does not comply with the conferral requirement set forth by D.C.COLO.LCivR 7.1A., which alone is a basis for denial. However, in the interest of judicial efficiency,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE**. The Court will discuss the court-offered alternative dispute resolution option with the parties at the Scheduling Conference set for May 3, 2012.

    In the Motion, Plaintiff alludes to his reluctance to continue prosecuting this case. To the extent that Plaintiff feels that he cannot bear the responsibility at this time, he may voluntarily dismiss his case without prejudice pursuant to Fed. R. Civ. P. 41(a). However, while the case is pending, it remains Plaintiff's legal obligation to comply with the Federal Rules of Civil Procedure, the Local Rules in this District, and all orders of this Court. *See Green v. Dorrell*, 969 F.2d 915, 917 (10th Cir. 1992).

    Dated: March 12, 2012