**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-00147-CMA-KLM

MARC A. KURTZ,

    Plaintiff,

v.

STATE OF NEW JERSEY, Department of Labor and Workforce Development,
    Division of Workers Compensation;
STATE OF NEW JERSEY, Office of Special Compensations Funds
    (Second Injury Fund);
HAROLD WURTHS, Commissioner, New Jersey Department of Labor
    and Workforce Development;
JEFFREY CHIESA, New Jersey Attorney General;
PETER CALDERONE, Director and Chief Judge; and
BRADLEY HENSON, SR., Supervising Judge,

    Defendants.

---

**ORDER AFFIRMING MAY 31, 2012 ORDER OF
UNITED STATES MAGISTRATE JUDGE**

---

This matter is before the Court on the May 31, 2012 Recommendation by United States Magistrate Judge Kristen L. Mix that Defendants' Motion to Dismiss Amended Complaint (Doc. # 33) be granted, and Plaintiff's Amended Complaint (Doc. # 30) be dismissed without prejudice in part and with prejudice in part. (Doc. 39.)  The Recommendation is incorporated herein by reference.  *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation. (Doc. # 39 at 8.)  Despite this advisement, no objections to Magistrate Judge Mix's Recommendation were filed by either party as of the date of this Order.  "In the absence of timely objection, the district court may review a magistrate [judge's] report under any standard it deems appropriate."  *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings.").

The Court has reviewed all the relevant pleadings concerning Defendants' Motion to Dismiss Amended Complaint.  Based on this review, the Court concludes that Magistrate Judge Mix's analyses and recommendations are correct and that "there is no clear error on the face of the record."  Fed. R. Civ. P. 72 advisory committee's note. Therefore, the Court ADOPTS the Recommendation of Magistrate Judge Mix as the findings and conclusions of this Court.

Accordingly, it is ORDERED that the Recommendation of the United States Magistrate Judge (Doc. # 39) is AFFIRMED and ADOPTED.

It is FURTHER ORDERED that Defendants' Motion to Dismiss Amended Complaint (Doc. # 33) be GRANTED as follows:

Plaintiff's claims against Defendants Department of Labor and Workforce Development Division of Workers Compensation and Office of Special Compensations Funds (Second Injury Fund) be DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction on the basis of Eleventh Amendment immunity;

Plaintiff's claims against Defendants Calderone and Henson in their official capacities be DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction on the basis of Eleventh Amendment immunity; and

Plaintiff's claims against Defendants Calderone and Henson in their individual capacities be **DISMISSED WITH PREJUDICE** on the basis of absolute judicial immunity.

DATED:  June   21   , 2012

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge